# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY TRANSFER MARKETING & TERMINALS L.P., | No.: 2:23-cv-03577 |
| Plaintiff, | |
| v. | |
| VANE LINE BUNKERING, LLC f/k/a VANE LINE BUNKERING, INC., | |
| Defendant. | |

## PLAINTIFF'S CIVIL ACTION COMPLAINT

Plaintiff, Energy Transfer Marketing & Terminals L.P., by and through its attorneys, files a Complaint against Defendant, Vane Line Bunkering, LLC f/k/a Vane Line Bunkering, Inc., and in support thereof avers the following:

### PARTIES

1. Plaintiff, Energy Transfer Marketing & Terminals L.P. ("ETMT"), is a Texas limited partnership with a principal place of business located at 8111 Westchester Drive, Suite 400, Dallas, Texas 75225.

2. Defendant, Vane Line Bunkering, LLC f/k/a Vane Line Bunkering, Inc. ("Vane"), is a Maryland limited liability company with a principal place of business located at 2100 Frankfurst Avenue, Baltimore, Maryland 21226.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the claims in this Complaint pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1333.

4. Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this district.

## FACTUAL ALLEGATIONS

5. ETMT is, and was at all times relevant hereto, the owner of a dock located at the Marcus Hook Terminal, 100 Green Street, Marcus Hook, Pennsylvania 19061.

6. ETMT's dock is located on the Delaware River.

7. On September 17, 2021 at approximately 2:13 AM, Vane was operating a tug and barge on the Delaware River in the vicinity of ETMT's aforesaid dock.

8. During the course of operating its tug and barge, Vane lost control of the tug and barge, thereby causing its barge to strike ETMT's dock.

9. The barge strike caused significant damage to ETMT's dock.

10. As a result of the barge strike, ETMT incurred costs in an amount no less than $571,296.47 to repair its damaged dock.

11. Vane had a duty to operate its tug and barge safely and not to cause them to come into contact with ETMT's dock.

12. Vane breached that duty by, among other things:

    a. Striking ETMT's dock with its barge;

    b. Failing to control its tug and barge;

    c. Failing to properly and safely operate its tug and barge;

    d. Failing to properly inspect its tug and barge to ensure that they were safe for operation; and

    e. Failing to properly maintain its tug and barge to ensure that they were safe for operation.

13. As a direct and proximate result of Vane's negligence, Vane's barge struck ETMT's dock, thereby causing ETMT to incur property damage in an amount no less than $571,296.47.

**WHEREFORE**, Plaintiff, Energy Transfer Marketing & Terminals L.P., demands judgment in its favor and against Defendant, Vane Line Bunkering, LLC f/k/a Vane Line Bunkering, Inc., for compensatory damages in an amount no less than $571,296.47, together with interest, costs and all further relief that the Court determines to be appropriate.

                                      **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

                            By:    /s/ *James T. DiMarco*
                                      MATTHEW A. LIPMAN, ESQUIRE
                                      JAMES T. DIMARCO, ESQUIRE
                                      Pennsylvania Bar Nos. 86892/309242
                                      1617 John F. Kennedy Boulevard
                                      Suite 1500
                                      Philadelphia, PA 19103
                                      Telephone: (215) 557-2900
                                      Facsimile: (215) 557-2990
                                      mlipman@mdmc-law.com
                                      jdimarco@mdmc-law.com
                                      *Attorneys for Plaintiff,*
                                      *Energy Transfer Marketing & Terminals L.P.*

Dated: September 14, 2023