
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENERGY TRANSFER MARKETING & TERMINALS L.P.,<br><br>        Plaintiff,<br><br>v.<br><br>VANE LINE BUNKERING, LLC f/k/a VANE LINE BUNKERING, INC.,<br><br>        Defendant. | Case No. 2:23-cv-03577-MSG |

## DEFENDANT VANE LINE BUNKERING'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Vane Line Bunkering, LLC ("Defendant"), by and through its undersigned counsel, Blank Rome LLP, hereby answers and responds to the Complaint of Energy Transfer Marketing & Terminals L.P. ("Plaintiff") in accordance with the numbered paragraphs thereof, and states as follows:

### PARTIES

1. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 1 and, thus, denies them.

2. Defendant admits it is a Maryland limited liability company with a principal place of business located at 2100 Frankfurt Avenue, Baltimore, Maryland 21226.

### JURISDICTION AND VENUE

3. Paragraph 3 contains conclusions of law to which no response is required.

4. Paragraph 4 contains conclusions of law to which no response is required.

## FACTUAL ALLEGATIONS

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 5 and, thus, denies them.

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 6, and, thus, denies them.

7.      Defendant admits to operating a tug and barge on the Delaware River on September 17, 2021. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 7 and, thus, denies them.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 8, and, thus, denies them.

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 9 and, thus, denies them.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 and, thus, denies them.

11.     Paragraph 11 contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 11 of the Plaintiff's Complaint.

12.     Paragraph 12(a)-(e) contains conclusions of law to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 12(a)-(e) of the Plaintiff's Complaint.

13.     Defendant denies the allegations contained in Paragraph 13 of the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

1. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

2. Defendant believes and therefore avers that some or all of Plaintiff's claims are barred, in whole or in part, by applicable statutes of limitation and doctrine of laches. Accordingly, Defendant hereby pleads all applicable statutes of limitation.

### THIRD DEFENSE

3. While denying that Plaintiff sustained the damages alleged, if it would ultimately be proved that Plaintiff did sustain the damages in the fashion alleged, Plaintiff's own negligence contributed, in whole or in part, to the alleged damages. Accordingly, Defendant pleads Plaintiff's comparative or contributory negligence in diminution of any award Plaintiff may ultimately receive.

### FOURTH DEFENSE

4. The damages of which Plaintiff complains were not caused by the actions, failure to act, or breach of duty on the part the Defendant, rather the property allegedly damaged was in a prior state of disrepair.

### FIFTH DEFENSE

5. The incident was the result of an inevitable accident not caused or contributed in any way by the actions of Defendant.

**SIXTH DEFENSE**

6. Defendant believes and therefore alleges Plaintiff's damages, if any, were caused, in whole or in part, by the culpable conduct of other persons or entities who are not parties to this action.

**SEVENTH DEFENSE**

7. Upon information and belief, the damages that are the subject of Plaintiff's Complaint, if any, were caused, in whole or in part, by intervening and/or superseding causes, and/or acts or omissions of others for whom Defendant is not responsible.

**EIGHTH DEFENSE**

8. Plaintiff's damages, if any, should be barred or reduced as caused by Plaintiff's or Plaintiff's failure to take reasonable actions to avoid and/or mitigate damages.

**NINTH DEFENSE**

9. The incidents or matters underlying Plaintiff's causes of action were not foreseeable.

**TENTH DEFENSE**

10. Upon information and belief, Plaintiff's alleged injuries and damages were directly or proximately caused and contributed by the abuse, misuse, substantial change, alteration and/or failure to maintain the subject property, all without the knowledge or consent of the Defendant, thereby barring or diminishing Plaintiff's recovery herein.

**ELEVENTH DEFENSE**

11. Plaintiff's claims are barred in whole or in part because Plaintiff's injuries were caused in whole or in part by parties or entities over whom Defendant has no authority or control.

**TWELTH DEFENSE**

12. Defendant reserves the right to add to its Answer and to rely on all defenses that may hereafter be disclosed through discovery and investigation.

**WHEREFORE**, Defendant Vane Line Bunkering, LLC demands judgment dismissing Plaintiff's Complaint, granting costs and disbursements, and for such other and further relief as this Court may deem just and appropriate.

Respectfully submitted,

**BLANK ROME LLP**

**Dated:** December 27, 2023

By: */s/ William R. Bennett, III*
William R. Bennett, III
(admitted pro hac vice)
1271 Avenue of the Americas
New York, New York 10020
Tel.: (212) 885-5152
Fax: (917) 332-3858
Email: william.bennett@blankrome.com

Holli B. Packer
(Pa. Attorney No. 333037)
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 569-5488
Fax: (215) 754-1730
Email: holli.packer@blankrome.com

*Counsel for Defendant,*
*American Premier Underwriters, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with the Clerk of the Court using CM/ECF on December 27, 2023, which will automatically generate and serve Notices of Electronic Filing on all counsel of record.

    */s/ Holli B. Packer*
*Counsel for Defendant,*
*American Premier Underwriters, Inc.*